# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| CHRISTINA MELTZNER, | |
|---|---|
| Plaintiff, | |
| v. | Case No: 5:17-cv-1023 SLP |
| ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and HEALTHY ALLIANCE LIFE INSURANCE COMPANY, a foreign corporation, | |
| Defendants. | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF PARKE METZER

Pursuant to the Court's Order, Plaintiff submits this designation of deposition testimony for Parke Metzer:

| PAGE | LINE | | PAGE | LINE |
|---|---|---|---|---|
| 85 | 8 | through | 106 | 24 |
| 108 | 8 | through | 121 | 10 |

Respectfully submitted,

By: s/Steven S. Mansell
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
**MANSELL ENGEL & COLE**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Firm Email: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

William O'Connor (boconnor@hallestill.com)
Keith Wilkes (kwilkes@hallestill.com)
Margo Shipley (mshipley@hallestill.com)

Martin Bishop (mbishop@reedsmith.com)
Rebecca Hanson (rhanson@reedsmith.com)
Brian Hendricks (bhendricks@reedsmith.com)
Meredith Shippee (mshippee@reedsmith.com)
Dianna C. Wyrick (dwyrick@reedsmith.com)
Robert C. Deegan (rdeegan@reedsmith.com)

**ATTORNEYS FOR DEFENDANT**

s/Steven S. Mansell
Steven S. Mansell