# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA MELTZNER,<br><br>          Plaintiff,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and HEALTHY ALLIANCE LIFE INSURANCE COMPANY, a foreign corporation,<br><br>          Defendants. | Case No: 5:17-cv-1023 SLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Christina Meltzner ("Plaintiff"), by and through her counsel of record, Steven S. Mansell of Mansell Engel & Cole, and Defendants, Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield, and Healthy Alliance Life Insurance Company, a foreign corporation, by and through its counsel of record, Dianna C. Wyrick of Reed Smith, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

                 Respectfully submitted,

         By: s/Steven S. Mansell
             Steven S. Mansell, OBA #10584
             Mark A. Engel, OBA #10796
             Kenneth G. Cole, OBA #11792

                M. Adam Engel, OBA #32384
**MANSELL ENGEL & COLE**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Firm E-mail:  mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

William O'Connor (boconnor@hallestill.com)
Keith Wilkes (kwilkes@hallestill.com)
Margo Shipley (mshipley@hallestill.com)

Martin Bishop (mbishop@reedsmith.com)
Rebecca Hanson (rhanson@reedsmith.com)
Brian Hendricks (bhendricks@reedsmith.com)
Meredith Shippee (mshippee@reedsmith.com)
Dianna C. Wyrick (dwyrick@reedsmith.com)
Robert C. Deegan (rdeegan@reedsmith.com)

**ATTORNEYS FOR DEFENDANT**

                s/Steven S. Mansell
                Steven S. Mansell